# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   CHRISTOPHER SCOTT MINX               §           Case No.: 06-16245
         TRACY CARRIE MINX                    §
                                              §
         Debtor(s)                            §
------------------------------------------------------------------------

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/08/2006.

2) This case was confirmed on 02/26/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 01/09/2012.

6) Number of months from filing to the last payment:  61

7) Number of months case was pending:  66

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    57,703.00

10) Amount of unsecured claims discharged without payment $   92,933.95

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 268,088.84 |
| Less amount refunded to debtor | $   4,776.33 |
| **NET RECEIPTS** | $ 263,312.51 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $     900.00 |
| Court Costs | $        .00 |
| Trustee Expenses and Compensation | $  17,064.64 |
| Other | $        .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $  17,964.64 |
| Attorney fees paid and disclosed by debtor | $   2,100.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITIMORTGAGE INC | SECURED | 221,670.00 | 218,908.93 | 109,944.64 | 109,944.64 | .00 |
| ABN AMRO MORTGAGE GR | OTHER | .00 | NA | NA | .00 | .00 |
| CODILIS & ASSOCIATES | OTHER | .00 | NA | NA | .00 | .00 |
| CITIMORTGAGE INC | SECURED | 14,122.00 | 10,898.45 | 10,898.45 | 10,898.45 | .00 |
| CHRYSLER FINANCIAL S | SECURED | 23,575.00 | 29,821.89 | 29,821.89 | 29,821.89 | 5,171.60 |
| CHRYSLER FINANCIAL S | UNSECURED | 6,609.00 | NA | NA | .00 | .00 |
| CHRYSLER FINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| DELL FINANCIAL | SECURED | 300.00 | 200.00 | 200.00 | 200.00 | 5.01 |
| DELL FINANCIAL | UNSECURED | 595.00 | 762.35 | 762.35 | 355.22 | .00 |
| GE MONEY BANK | SECURED | 300.00 | .00 | .00 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 766.00 | 1,101.17 | 1,101.17 | 513.09 | .00 |
| GEMB ABT TV | OTHER | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | SECURED | 59,100.00 | 59,052.61 | 33,101.18 | 33,101.18 | .00 |
| BANK OF AMERICA | SECURED | 3,202.00 | 3,444.89 | 3,202.00 | 3,202.00 | .00 |
| AMOCO | UNSECURED | 1,807.00 | NA | NA | .00 | .00 |
| LTD FINANCIAL SERVIC | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,441.00 | 1,465.97 | 1,465.97 | 683.08 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 29,186.00 | 29,186.38 | 29,186.38 | 13,599.48 | .00 |
| ENCORE RECEIVABLE MA | OTHER | .00 | NA | NA | .00 | .00 |
| CITGO GAS | UNSECURED | 2,042.00 | NA | NA | .00 | .00 |
| RESURGENT CAPITAL SE | UNSECURED | .00 | 2,042.38 | 2,042.38 | 951.65 | .00 |
| CITI CARDS | UNSECURED | 18,145.00 | NA | NA | .00 | .00 |
| DMITRY SOLO DDS | UNSECURED | 1,089.00 | 1,039.74 | 1,039.74 | 484.47 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ECAST SETTLEMENT COR | UNSECURED | 564.00 | 589.63 | 589.63 | 274.74 | .00 |
| GC SERVICES LIMITED | OTHER | .00 | NA | NA | .00 | .00 |
| GAP CARD | OTHER | .00 | NA | NA | .00 | .00 |
| HOME DEPOT | UNSECURED | 1,364.00 | NA | NA | .00 | .00 |
| ACADEMY COLLECTION S | OTHER | .00 | NA | NA | .00 | .00 |
| CITIBANK | OTHER | .00 | NA | NA | .00 | .00 |
| SAKS FIFTH AVENUE | UNSECURED | 1,164.00 | 1,163.92 | 1,163.92 | 542.33 | .00 |
| BONDED COLLECTION CO | OTHER | .00 | NA | NA | .00 | .00 |
| CARSON PIRIE SCOTT | OTHER | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,138.00 | 2,138.72 | 2,138.72 | 996.54 | .00 |
| NCO FIN/99 | OTHER | .00 | NA | NA | .00 | .00 |
| KOHLS | UNSECURED | 738.00 | 738.37 | 738.37 | 344.04 | .00 |
| MERCHANT & MEDICAL | OTHER | .00 | NA | NA | .00 | .00 |
| KOHLS | UNSECURED | 1,072.00 | 1,072.62 | 1,072.62 | 499.79 | .00 |
| MERCHANT & MEDICAL | OTHER | .00 | NA | NA | .00 | .00 |
| KOHLS | OTHER | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 463.00 | 463.39 | 463.39 | 215.91 | .00 |
| GC SERVICES LIMITED | OTHER | .00 | NA | NA | .00 | .00 |
| FEDERATED RETAIL HOL | UNSECURED | 328.00 | 328.39 | 328.39 | 144.62 | .00 |
| VAN RU CREDIT CORPOR | OTHER | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 8,743.00 | 8,743.99 | 8,743.99 | 4,074.29 | .00 |
| MBNA AMERICA | OTHER | .00 | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | 5,813.00 | 4,328.60 | 4,328.60 | 2,016.93 | .00 |
| ARROW FINANCIAL SERV | OTHER | .00 | NA | NA | .00 | .00 |
| MOBILE EXXON | UNSECURED | 1,016.00 | NA | NA | .00 | .00 |
| NATIONWIDE CREDIT SE | OTHER | .00 | NA | NA | .00 | .00 |
| EXXON/MOBIL | UNSECURED | .00 | 1,016.44 | 1,016.44 | 473.62 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 642.00 | 667.27 | 667.27 | 310.92 | .00 |
| GE MONEY BANK | OTHER | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 9,243.00 | 9,500.13 | 9,500.13 | 4,426.61 | .00 |
| PRUDENTIAL BANK | OTHER | .00 | NA | NA | .00 | .00 |
| FIA MBNA | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 7,124.00 | 7,344.34 | 7,344.34 | 3,422.12 | .00 |
| NATIONAL FINANCIAL S | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,816.00 | 2,929.02 | 2,929.02 | 1,364.79 | .00 |
| CITI CARD | OTHER | .00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 6,128.00 | 6,070.16 | 6,070.16 | 2,828.41 | .00 |
| EAST BAY FUNDING | UNSECURED | 11,871.00 | 11,906.49 | 11,906.49 | 5,547.86 | .00 |
| IC SYSTEMS INC | OTHER | .00 | NA | NA | .00 | .00 |
| TARGET | OTHER | .00 | NA | NA | .00 | .00 |
| WEELS FARGO | UNSECURED | 1,184.00 | NA | NA | .00 | .00 |
| ASSOCIATED CREDIT SE | OTHER | .00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | UNSECURED | NA | 1,025.36 | 1,025.36 | 477.77 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.==============================================================================.
| **Scheduled Creditors:**                                                     |
|                                                                              |
| Creditor                  Claim        Claim       Claim      Principal    Int. |
|   Name          Class    Scheduled    Asserted    Allowed       Paid       Paid |
|                                                                              |
|WORLD FINANCIAL NETW  UNSECURED      NA           NA          NA           .00       .00 |
|PRA RECEIVABLES MANA  UNSECURED      NA    18,145.22    18,145.22     8,454.82       .00 |
|BANK OF AMERICA       OTHER          NA           NA          NA           .00       .00 |
.==============================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 143,045.82 | 143,045.82 | .00 |
| Mortgage Arrearage | 14,100.45 | 14,100.45 | .00 |
| Debt Secured by Vehicle | 29,821.89 | 29,821.89 | 5,171.60 |
| All Other Secured | 200.00 | 200.00 | 5.01 |
| **TOTAL SECURED:** | 187,168.16 | 187,168.16 | 5,176.61 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 113,770.05 | 53,003.10 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 17,964.64 |
| Disbursements to Creditors | $ | 245,347.87 |
| **TOTAL DISBURSEMENTS:** | $ | 263,312.51 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   06/04/2012                           /s/ Tom Vaughn
                                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT**  : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**